April 27, 1979

408 A.2d 542

Commonwealth v. Boone, Appellant.

Submitted September 14, 1978. C. George Milner, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.